UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-23738-GAYLES/OTAZO-REYES

**OSVALDO GONZALEZ**,

    Plaintiff,

v.

**SCOTTSDALE INSURANCE COMPANY**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation (the "Report"), [ECF No. 54], regarding Plaintiff Osvaldo Gonzalez's Motion for Entitlement to Attorney's Fees and Costs (the "Motion"), [ECF No. 42]. The case was referred to Judge Otazo-Reyes for a report and recommendation on whether Plaintiff is entitled to attorney's fees, and if so, what amount is warranted. [ECF No. 45]. On January 6, 2021, Judge Otazo-Reyes issued her Report recommending that the Court grant the Motion. Neither party filed a timely objection to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge Otazo-Reyes's well-reasoned analysis and agrees that the Motion should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation, [ECF No. 54], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

2. Plaintiff's Motion for Entitlement to Attorney's Fees and Costs, [ECF No. 42], is **GRANTED**.

3. The court will set a Zoom hearing to determine the reasonable amount of attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of March, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE